1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK and
8  UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIERA GRAY-HART, | Case No. C 11-00552 MEJ |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| EAST BAY REGIONAL PARK DISTRICT; UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; and DOES 1 to 10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff CIERA GRAY-HART, and defendants NATIONAL RAILROAD PASSENGER CORPORATION and UNION PACIFIC RAILWAY COMPANY, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to defendants NATIONAL RAILROAD PASSENGER CORPORATION and UNION PACIFIC RAILWAY COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

///

| | |
|---|---|
| Dated: 4-4, 2011 | ALEXANDER HAWES, LLP<br><br>By: _____<br>RICHARD ALEXANDER<br>Attorneys for Plaintiff<br>CIERA GRAY-HART |
| Dated: April 4, 2011 | LOMBARDI, LOPER & CONANT, LLP<br><br>By: _____/s/ B. Clyde Hutchinson_____<br>B. CLYDE HUTCHINSON<br>Attorneys for Defendants<br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>and UNION PACIFIC RAILROAD COMPANY |

IT IS SO ORDERED:

DATED: April 6, 2011

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541