```
1   Richard Alexander (48432)
    Jeff Rickard (125180)
2   Ryan M. Hagan (200850)
    ALEXANDER HAWES, LLP
3   152 North Third Street, Suite 600
    San Jose CA 95112
4   Telephone: 408.289.1776
    Facsimile: 408.287.1776
5
6   Attorneys for Plaintiff
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CIERA GRAY-HART, | ) CASE NO. C11-00552 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER OF** |
| v. | ) **REMAND** |
| EAST BAY REGIONAL PARK DISTRICT; UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and Does 1 to 10, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, CIERA GRAY-HART, and Defendant, EAST BAY REGIONAL PARK DISTRICT, through its designated counsel, that the above-captioned action be remanded to Contra Costa County Superior Court, 725 Court Street, Martinez, CA 94533, where it was originally filed on December 8, 2010 as a civil action no. C10-03545.

DATED:: **4.12.11**                                    ALEXANDER HAWES, LLP

                                                        By _/s/ Richard Alexander_
                                                        RICHARD ALEXANDER
                                                        Attorneys for Plaintiff
                                                        CIERA GRAY-HART

-1-
**STIPULATION AND ORDER OF REMAND**

| | | |
|---|---|---|
| 1 | DATED:: 4/13/2011 | WENDEL, ROSEN, BLACK & DEAN, LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | DAVID GOLDMAN<br>Attorneys for Defendant<br>EAST BAY REGIONAL PARK DISTRICT |
| 5 | | |
| 6 | IT IS SO ORDERED: | |
| 7 | | |
| 8 | DATED:: April 19, 2011 | _____ |
| 9 | | HONORABLE MARIA-ELENA JAMES<br>United States Magistrate Judge |

-2-
STIPULATION AND ORDER OF REMAND